On order of the Court, the motion to intervene as appellant is granted. The application for leave to appeal the May 14, 2008, orders of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we remand this case to the Court of Appeals for reconsideration of its May 14, 2008, orders to afford Tindall & Company EC. the opportunity to present arguments in support of the portions of the probate court’s March 6, 2006, and March 8, 2006, orders awarding sanctions that were vacated by the Court of Appeals’ May 14, 2008, order in No. 282481. We do not retain jurisdiction. Court of Appeals Nos. 282109 and 282481.
Corrigan, J. I am not participating in this case because I retained defendant Joseph E Buttiglieri to represent my husband’s estate in probate court and on other matters.